# United States District Court

для

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mark Ferry                                     Cr.: 3:CR-07-497
                                                                  PACTS Number: 50771

Name of Sentencing Judicial Officer: Honorable William J. Nealon

Name of Presiding Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 10/30/08

Original Offense: Destruction of Letter Boxes or Mail

Original Sentence: 2 years probation; restitution of $11,032.65; $100 special assessment; DNA testing; drug treatment; no new debt; financial disclosure

Type of Supervision: Probation                    Date Supervision Commenced: 10/30/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

During conversations with the offender, he admitted that he was suffering from feelings of depression. When offered the opportunity to have a psychological evaluation conducted, the offender advised he was a willing participant. Such evaluation occurred on February 18, 2009, and as a result, outpatient treatment at a mental health facility was recommended. The offender has expressed his motivation for treatment.

Respectfully submitted,

By: Susan E. Karlak
U.S. Probation Officer
Date: 03/23/09

PROB 12B - Page 2
Mark Ferry

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 30, 2009
_____
Date