**PROB 12C**
**(7/93)**

United States District Court

for

District of New Jersey

Petition for Warrant or Summons for Offender Under Supervision    *09-12*

**Name of Offender:** Mark Ferry               **Docket Number:** ~~3:CR-07-497~~
                                                **PACTS Number:** 50771

**Name of Sentencing Judicial Officer:** William J. Nealon, USDJ, Middle District of Pennsylvania

**Date of Original Sentence:** 10/30/2008

**Date of Transfer of Jurisdiction:** 12/03/2008

**Name of Assigned Judicial Officer:** Honorable Susan D. Wigenton, USDJ
**Original Offense:** Destruction of Letter Boxes or Mail

**Original Sentence:** 2 years probation; $11,032.54 restitution; $100 special assessment; no new debt; financial disclosure; dug treatment.

**Type of Supervision:** Probation               **Date Supervision Commenced:** 10/30/08

**Assistant U.S. Attorney:** To be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender Office (To be Assigned), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On May 11, 2010, Ferry was arrested by the Bergen County Prosecutor's Office for Distribution of Heroin/ Cocaine. The arrest reports have been requested. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**<br><br>The offender failed to contact the probation department after having contact with the Bergen County Police Department on February 19, 2010 and April 2, 2010, the Lynnhurst Police Department on March 14, 2010, and the Bergen County Prosecutor's Office on May 11, 2010. |

PROB 12C - Page 2
Mark Ferry

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |

Ferry has failed to submit monthly supervision reports since January 2010.

| | |
|---|---|
| 4 | The offender has violated the supervision condition which states 'The defendant shall notify the probation officer at least ten days prior to any change of residence or employment.' |

The offender was terminated from his job at Whole Foods on approximately May 10, 2010. Ferry failed to notify the probation department of this change until he was questioned on May 24, 2010.

| | |
|---|---|
| 5 | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $11,032.65.' |

The offender has failed to make any payments since October 2009, and has a current balance of $9,832.65.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 05/24/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 6/17/10 @ 10:30
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 26, 2010
Date